UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDWIN MARTIN,
ADC #152137                                                                                          PLAINTIFF

v.                                      No. 5:15-cv-76 DPM-JTR

GAYLON LAY, Warden; JARED BYERS,
Assistant Warden; WENDY KELLEY, ADC Director;
DANA PEYTON, Infirmary Manager; CHANCE, Nurse;
and WILSON, Nurse, Cummins Unit, ADC                                              DEFENDANTS

ORDER

Martin's motion, № 56, to withdraw his amended complaint, № 53, is granted. All claims against Chance and Wilson are dismissed without prejudice. An *in forma pauperis* appeal from this Order and will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 November 2015