UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDWIN MARTIN
ADC #152137                                                              PLAINTIFF

v.                              No. 5:15-cv-76-DPM

JARED BYERS, Assistant Warden, Security
Department, Cummins Unit; and DANA PEYTON,
Infirmary Manager, Cummins Unit                                       DEFENDANTS

ORDER

On *de novo* review, the Court adopts the recommendation, № 97, and overrules Martin's objections, № 101. Motions for summary judgment, № 77 & 80, granted. Martin's remaining claims against Byers and Peyton will be dismissed with prejudice.

So Ordered.

D.P. Marshall Jr.
United States District Judge

4 November 2016