UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDWIN MARTIN
ADC #152137                                                                PLAINTIFF

v.                              No. 5:15-cv-76-DPM

GAYLON LAY, Warden, Cummins
Unit; JARED BYERS, Assistant Warden,
Security Department, Cummins Unit;
WENDY KELLEY, Director, ADC; DANA
PEYTON, Infirmary Manager Cummins Unit;
and CHANCE, Nurse; and WILSON, Nurse                  DEFENDANTS

JUDGMENT

1. Martin's claims against Lay and Kelley are dismissed without prejudice.

2. Martin's claim against Byers raised in grievance CU-14-1867 is dismissed with prejudice. Martin's other claims against Byers are dismissed without prejudice.

3. Martin's claims against Peyton raised in grievance CU-14-2147—and limited to the period from 23 September 2014 to 8 October 2014—are dismissed with prejudice. Martin's other claims against Peyton are dismissed without prejudice.

4. Martin's claims against Chance and Wilson are dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 November 2016